UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EUGENE DUNCAN, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

-against-

BELCAMPO MEAT COMPANY EAST LLC,

                              Defendant.
-------------------------------------------------------------x

1:19-cv-5810 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **April 14, 2020**
           **New York, New York**

                                                              _____
                                                               **HON. ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**